Matthew F. Archbold (CA SBN 210369)
e-mail: matthew@yourlaborlawyers.com
David D. Deason (SBN 207733)
e-mail: david@yourlaborlawyers.com
DEASON & ARCHBOLD
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Telephone: (949) 794-9560

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGRET HILL; and TRENITA WILSON,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:24-cv-03484-FLA (Ex)<br><br>[COLLECTIVE ACTION PURSUANT TO 29 USC §216(b)]<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST FOR STAY**<br><br>Trial: No Dates Set<br><br>**COURTROOM:  6B** |

　　　Plaintiffs, as represented by their counsel, David D. Deason of Deason & Archbold, and Defendant City of Los Angeles, as represented by Brian Levine, Deputy City Attorney, hereby enter into the following Joint Notice of Settlement and Request for Stay;

////

////

WHERAS, the Parties, by and through their counsel, have reached an agreement on the global financial terms of settlement for the individual Plaintiffs in this matter and the individual named Plaintiffs in *Guzman v. City of Los Angeles,* Case No.:23-cv-08689;

WHEREAS, the Court has already granted the Parties request to vacate dates in the *Guzman* matter in light of the pending settlement;

WHERAS, after Plaintiffs approve the settlement and sign the settlement agreement, Defendant must seek approval from the Claims Board, then Budget and Finance, and finally, the Los Angeles City Council. This process will take several months;

WHEREAS, this matter currently has pending a Motion for Conditional Certification of Collective Action under FLSA Section 216(b);

WHEREAS, there is no trial date currently set for this matter;

WHEREAS, the Parties agree that a stay of this litigation, including a stay of the pending decision by the Court as to Motion for Conditional Certification of Collective Action, is necessary for the Parties to finalize the terms of the settlements in both of the matters of *Guzman* and *Hill;*

WHEREAS, given the number of Plaintiffs and the length of relevant employment, it is not an exaggeration to estimate the costs of the calculation and preparation of a damages summary in this case could exceed $50,000 per party, which would also significantly impair the Parties chances of reaching a resolution through settlement;

WHEREAS, the Parties agree that they cannot move forward with finalizing this settlement without the Court's assistance in staying this litigation;

NOW, THEREFORE, the parties hereto Stipulate as follows:

1. That any current dates and deadlines in this matter be vacated;
2. That all proceedings in this matter are stayed pending finalization of settlement;

3.      That the Parties will immediately seek the necessary approval from their clients in finalizing the settlement; and

4.      That the Parties will file a Stipulation for Dismissal within one week of the City Council's approval of the settlement terms and within 180 days of the Order to vacate dates.

**The undersigned counsel for Plaintiff, David D. Deason, certifies that concurrence in this document was obtained from counsel prior to filing.**

DATED: June 6, 2025        DEASON & ARCHBOLD

By: s/ David D. Deason
David D. Deason
Attorneys for Plaintiffs

DATED: June 6, 2025        Brian Levine, Deputy City Attorney

By: s/ Brian Levine
Brian Levine
Deputy City Attorney
Attorneys for City of Los Angeles