UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGRET HILL, *et al.*,<br><br>            Plaintiffs,<br><br>       v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>            Defendants. | Case No. 2:24-cv-03484-FLA (Ex)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR THE PARTIES' FAILURE TO FILE JOINT REPORT** |

1

On June 6, 2025, the parties filed a Notice of Conditional Settlement and Request for Stay ("Application"). Dkt. 22. On June 16, 2025, the court approved the Application, stayed the action to allow the Los Angeles City Counsel time to approve the settlement terms, and ordered the parties to file a status report on the finalization of the settlement ("Joint Report") every ninety (90) days. Dkt. 23. The Joint Report was due on September 15, 2025. To date, the parties have not filed a Joint Report.

Accordingly, the parties are ORDERED to SHOW CAUSE, in writing only, within seven (7) days from the date of this Order, why this action should not be dismissed without prejudice for the parties' failure to file a Joint Report. The parties are encouraged to submit evidence and/or judicially noticeable facts in response to the court's Order. Responses shall be limited to ten (10) pages in length. Alternatively, the filing of a Joint Report will satisfy the court's inquiry. Failure to respond timely will result in dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: November 12, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge